## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 15-9002-GW(PJWx) | Date | April 11, 2016 |
|---|---|---|---|
| Title | *Langer v. Uncle Phil LLC, et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Kamilla Sali-Suleyman | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):**     **ORDER RE: ORDER TO SHOW CAUSE RE: SETTLEMENT**

On April 8, 2016, plaintiff filed a Notice of Settlement. Counsel are hereby notified that on the Court's own motion, an Order to Show Cause hearing re: Settlement is set for **June 13, 2016 at 8:30 a.m.**

The parties are advised that the status conference will be vacated and no appearance will be required provided that a Stipulation to Dismiss, with a proposed order, is filed prior to the date.

All previously set deadlines and dates are vacated and taken off-calendar.

| | : | |
|---|---|---|
| | Initials of Preparer | KSS |