JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER,<br><br>    Plaintiff,<br><br>    v.<br><br>UNCLE PHIL LLC, a California Limited Liability Company; and Does 1-10,<br><br>    Defendants. | Case: CV 15-9002-GW(PJWx)<br><br>**ORDER** |

**ORDER**

Pursuant to F.R.CIV.P.41(a)(1), this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: April 19, 2016

*/s/ George H. Wu*

HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE